1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   EARNEST BARNARD IVY,                          No. 2:12-cv-2992-GEB-CMK

12              Plaintiff,

13        vs.                                       <u>ORDER</u>

14   SAN JOAQUIN COUNTY CORRECTIONAL
     HEALTHCARE SERVICES, et al.,

15
                Defendants.
16   _____/

17          Plaintiff, a prior state prisoner proceeding in propria persona, brings this civil

18   rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendant's motion to

19   dismiss (Doc. 15).  No opposition to the pending motion has been filed.  Therefore, pursuant to

20   Eastern District of California Local Rule 230(c), the hearing scheduled for October 8, 2014, at

21   10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the

22   matter submitted on the record and briefs without oral argument.

23   / / /

24   / / /

25   / / /

26   / / /

1

1          IT IS SO ORDERED.

2

3     DATED: October 1, 2014

4                                              _____
                                               **CRAIG M. KELLISON**
5                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26