IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST BARNARD IVY, | No. 2:12-cv-2992-XXX-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| SAN JOAQUIN COUNTY CORRECTIONAL HEALTHCARE SERVICES, et al., | |
| Defendants. | |

Plaintiff, a prior state prisoner proceeding in propria persona, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: February 12, 2015

                                                                                     _____
                                                                                     **CRAIG M. KELLISON**
                                                                                     UNITED STATES MAGISTRATE JUDGE