UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST BARNARD IVY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY CORRECITONAL HEALTHCARE SERVICES, et al.,<br><br>　　　　　Defendant. | No.  2:12-cv-2992-JAM-CMK<br><br><br>**ORDER** |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On February 19, 2015, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　The findings and recommendations filed February 19, 2015, are adopted in full;

1

2. Defendants' unopposed motion to dismiss (Doc. 15) is granted with leave to amend;

3. Plaintiff shall file an amended complaint within 30 days of the date of this order; and

4. Plaintiff is cautioned that failure to file an amended complaint within the time set forth in this order may be grounds for dismissal of this action.

DATED: March 20, 2015

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE